| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chanthadoungsy, Boonmy** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Chanthadoungsy, Thongsay** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**XXX-XX-7872** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**XXX-XX-9485** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**338S. Hancock Ave**<br>**South Elgin, Il. 60177** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**338S. Hancock Ave**<br>**South Elgin, Il. 60177** |
| County of Residence or of the<br>Principal Place of Business:      **Kane** | County of Residence or of the<br>Principal Place of Business:      **Kane** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**VENUE** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)        ☐ Railroad<br>☐ Corporation        ☐ Stockbroker<br>☐ Partnership        ☐ Commodity Broker<br>☐ Other _____ | ☐ Chapter 7        ☐ Chapter 11        ☑ Chapter 13<br>☐ Chapter 9        ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business        ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b).  See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15<br>☑ | 16-49<br>☐ | 50-99<br>☐ | 100-199<br>☐ | 200-999<br>☐ | 1000-over<br>☐ | | |
|---|---|---|---|---|---|---|---|---|

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s) | Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | Boonmy Chanthadoungsy<br>Thongsay Chanthadoungsy | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Thomas W. Byrnes**
Printed Name of Attorney for Debtor(s)

**Law Office Thomas W. Byrnes**
Firm Name
**1065 Kane Street  South Elgin, Illinois**
Address
**60177**

**(847)695-6880**
Telephone Number

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

**Not Applicable**
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10 Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he/she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)            Date

In re:  **Boonmy Chanthadoungsy**      **Thongsay Chanthadoungsy**      Case No.
    **XXX-XX-7872**      **XXX-XX-9485**

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Debtor residence located at 338 Hancock Ave, South Elgin, Il.** | **Co-Owner** | **J** | **$ 275,000.00** | **$ 160,939.99** |
| | | **Total ➢** | **$ 275,000.00** | |

Schedule A - Page 1 of 1

In re  **Boonmy Chanthadoungsy**          **Thongsay Chanthadoungsy**          Case No.
    **XXX-XX-7872**                        **XXX-XX-9485**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **US Currency in devtor's possession** | | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account** | | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Interest in household furniture** | | **500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Necessary wearing apparel of debtor** | | **200.00** |
| 7. Furs and jewelry. | | **Various items of costume jewelry** | | **100.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | **401(k) through Debtor's employer** | | **19,649.49** |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures.  Itemize. | X | | | |

Schedule B Page 1 of 3

In re  **Boonmy Chanthadoungsy**          **Thongsay Chanthadoungsy**          Case No.
       **XXX-XX-7872**                    **XXX-XX-9485**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | | **1997 Toyota Avalon** | **J** | **2,295.00** |
| | | **1999 Jeep Wrangler** | **J** | **8,500.00** |
| | | **1999 Lincoln Town Car** | | **0.00** |
| | | **2000 Jeep Grand Cherokee** | **J** | **12,400.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |

In re  **Boonmy Chanthadoungsy**          **Thongsay Chanthadoungsy**          Case No.
**XXX-XX-7872**                          **XXX-XX-9485**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

Total  ➤                **$ 43,694.49**

In re  **Boonmy Chanthadoungsy**          **Thongsay Chanthadoungsy**          Case No.
**XXX-XX-7872**                          **XXX-XX-9485**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor elects the exemption to which debtor is entitled under:**

**(Check one box)**

☐ **11 U.S.C. § 522(b)(1)  Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.**

☒ **11 U.S.C. § 522(b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's**
**domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion**
**of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant**
**to the extent the interest is exempt from process under applicable nonbankruptcy law.**

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **1997 Toyota Avalon** | **735 ILCS 5/12-1001(c)** | **1,200.00** | **2,295.00** |
| **401(k) through Debtor's employer** | **735 ILCS 5/12-1006** | **19,649.49** | **19,649.49** |
| **Interest in household furniture** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Necessary wearing apparel of debtor** | **735 ILCS 5/12-1001(a),(e)** | **200.00** | **200.00** |
| **Various items of costume jewelry** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |

In re:  **Boonmy Chanthadoungsy**
        **XXX-XX-7872**

**Thongsay Chanthadoungsy**
**XXX-XX-9485**

Case No.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding secured claims to report in this Schedule E.

**TYPES OF PRIORITY CLAIMS**

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1,800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with repect to cases commenced on or after the date of adjustment.

In re:  **Boonmy Chanthadoungsy**
        **XXX-XX-7872**

**Thongsay Chanthadoungsy**
**XXX-XX-9485**

Case No.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding secured claims to report in this Schedule E.

**TYPES OF PRIORITY CLAIMS**

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1,800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with repect to cases commenced on or after the date of adjustment.

In re:   **Boonmy Chanthadoungsy**           **Thongsay Chanthadoungsy**        Case No.
**XXX-XX-7872**                **XXX-XX-9485**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report in this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **371700867561009**<br>**American Express**<br>**Collectacorp**<br>**PO Box 100789**<br>**Birmingham, AL. 35210-0789** | | | **08/06/05**<br>**Revolving charge account** | | | | **$  3,675.28** |
| ACCOUNT NO.   **4305-7223-8258-2990**<br>**Capital One**<br>**PO Box 790216**<br>**St. Louis, MO. 63179-0216** | | | **07/02/05**<br>**Revolving charge account** | | | | **$  7,977.32** |
| ACCOUNT NO.   **5177-6073-1500-4463**<br>**First Premier Bank**<br>**PO Box 5147**<br>**Souix Falls, SD. 57117-5147** | | | **06/22/05**<br>**Revolving charge account** | | | | **unknown** |
| ACCOUNT NO.   **036-7519-980**<br>**Kohls**<br>**P.O. Box 2983**<br>**Milwaukee, WI. 53201-2983** | | | **07/09/05**<br>**Revolving charge account** | | | | **$  1,143.78** |

Schedule F Page 1 of 2

Subtotal
(Total of this page)   ➤                       **$12,796.38**

In re:  **Boonmy Chanthadoungsy**          **Thongsay Chanthadoungsy**          Case No.
        **XXX-XX-7872**                    **XXX-XX-9485**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3-245-724-875**<br>**Marshall Fields**<br>**PO Box 94578**<br>**Cleveland, OH. 44101-4578** | | | **08/07/05**<br>**Revolving charge account** | | | | $ 728.91 |
| ACCOUNT NO.  **048101957487**<br>**Neiman Marcus**<br>**1201 Elm Stree**<br>**27th Floor**<br>**Dallas TX, 75270** | | | **07/19/05**<br>**Revolving charge account** | | | | $ 671.77 |
| ACCOUNT NO.  **5440-4550-2444-7339**<br>**Orchard Bank**<br>**P.O. Box 17051**<br>**Baltimore, MD. 21297-1051** | | | **07/18/05**<br>**Revolving charge account** | | | | $ 803.37 |
| ACCOUNT NO.  **5121-0717-2704-9755**<br>**Sears Mastercard**<br>**PO Box 182156**<br>**Columbus, OH. 43218-2156** | | | **05/25/05**<br>**Revolving charge account** | | | | $ 11,547.87 |
| ACCOUNT NO.  **4352-3733-9353-5171**<br>**Target National Bank**<br>**PO Box 59317**<br>**Minneapolis, MN. 55459-0317** | | | **07/10/05**<br>**Revolving charge account** | | | | $ 4,808.07 |
| | | | Subtotal<br>(Total of this page)  ➢ | | | | **$18,559.99** |
| Schedule F Page 2 of 2 | | | **Total**  ➢ | | | | **$31,356.37** |

In re:  **Boonmy Chanthadoungsy**           **Thongsay Chanthadoungsy**           Case No.
  **XXX-XX-7872**                             **XXX-XX-9485**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

In re:  **Boonmy Chanthadoungsy**        **Thongsay Chanthadoungsy**        Case No.
 **XXX-XX-7872**                          **XXX-XX-9485**

# SCHEDULE H - CODEBTORS

☑  **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re  **Boonmy Chanthadoungsy**          **Thongsay Chanthadoungsy**          Case No. _____
    **XXX-XX-7872**                          **XXX-XX-9485**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status:  **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:  **52**<br>Spouse's Age:  **65** | NAMES<br>**None** | AGE | RELATIONSHIP |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Assembler** | **retired** |
| How long employed | **18 years** | |
| Name and Address of Employer | **Otto Engineering Carpentersville, Il.** | |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2,645.77 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 2,645.77 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 457.54 | $ 0.00 |
| b. Insurance | $ 174.40 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) **401k loan** | $ 217.71 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 849.65 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,796.12 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify)  **Social Security** | $ 0.00 | $ 600.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) **Daughter** | $ 2,410.00 | $ 0.00 |
| **James Martin** | $ 236.46 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 4,442.58 | $ 600.00 |

TOTAL COMBINED MONTHLY INCOME $ _____ **5,042.58** _____          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

    **None**

In re **Boonmy Chanthadoungsy**          **Thongsay Chanthadoungsy**          Case No.
XXX-XX-7872                              XXX-XX-9485

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
schedule of expenditures labeled "Spouse".

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | **3,001.00** |
| Are real estate taxes included?   Yes  ✔   No | | |
| Is property insurance included?   Yes    No  ✔ | | |
| Utilities  Electricity and heating fuel | $ | **225.00** |
| Water and sewer | $ | **50.00** |
| Telephone | $ | **75.00** |
| Other | $ | |
| Home Maintenance (Repairs and upkeep) | $ | **0.00** |
| Food | $ | **350.00** |
| Clothing | $ | **0.00** |
| Laundry and dry cleaning | $ | **0.00** |
| Medical and dental expenses | $ | **0.00** |
| Transportation (not including car payments) | $ | **150.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | **0.00** |
| Charitable contributions | $ | **0.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | **0.00** |
| Life | $ | **0.00** |
| Health | $ | **0.00** |
| Auto | $ | **175.00** |
| Other | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | **0.00** |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | **236.46** |
| Other | $ | |
| Alimony, maintenance or support paid to others | $ | **0.00** |
| Payments for support of additional dependents not living at your home | $ | **0.00** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | **0.00** |
| Other | $ | |

| | | |
|---|---|---|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | **4,262.46** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some
other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | **4,232.58** |
| B. Total projected monthly expenses | $ | **4,262.46** |
| C. Excess income (A minus B) | $ | **-29.88** |
| D. Total amount to be paid into plan          **Monthly** | $ | **780.12** |
| (interval) | | |

## United States Bankruptcy Court
## Northern District of Illinois

In re  **Boonmy Chanthadoungsy**     **Thongsay Chanthadoungsy**     Case No.
**XXX-XX-7872**                      **XXX-XX-9485**                  Chapter   **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 1 | $        275,000.00 | | |
| B - Personal Property | NO | 3 | $         43,694.49 | | |
| C - Property Claimed As Exempt | NO | 1 | | | |
| D - Creditors Holding Secured Claims | NO | 1 | | $        186,220.07 | |
| E - Creditors Holding Unsecured Priority Claims | NO | 1 | | $              0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | NO | 2 | | $         31,356.37 | |
| G - Executory Contracts and Unexpired Leases | NO | 1 | | | |
| H - Codebtors | NO | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 1 | | | $          4,832.58 |
| J - Current Expenditures of Individual Debtor(s) | NO | 1 | | | $          4,262.46 |
| Total Number of sheets in ALL Schedules ➢ | | 13 | | | |
| Total Assets ➢ | | | $        318,694.49 | | |
| Total Liabilities ➢ | | | | $        217,576.44 | |

In re:  **Boonmy Chanthadoungsy**          **Thongsay Chanthadoungsy**           Case No.
         **XXX-XX-7872**                              **XXX-XX-9485**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **13**   sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.


Date: _____          Signature _____
                                                             **Boonmy Chanthadoungsy**


Date: _____          Signature _____
                                                             **Thongsay Chanthadoungsy**


## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)


Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C § 152 and 3571.

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re:   **Boonmy Chanthadoungsy**   **Thongsay Chanthadoungsy**   Case No. _____
**XXX-XX-7872**   **XXX-XX-9485**   Chapter   **13**

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **1,500.00** |
| Prior to the filing of this statement I have received | $ **350.00** |
| Balance Due | $ **1,150.00** |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code;

   b) Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

   c) Representation of the debtor(s) at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

   d) (Other provisions as needed)
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
   **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

_____
**Thomas W. Byrnes**, Bar No. **06197265**
**Law Office Thomas W. Byrnes**
Attorney for Debtors