```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 62661
   THONGSAY CHANTHADOUANGSY
   BOONMY CHANTHADOUANGSY                       CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
         Debtor
    SSN XXX-XX-9485    SSN XXX-XX-7872
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/16/05 and confirmed on 03/28/06.

   2.  The case was dismissed after confirmation, 11/01/2007.

   3.  The Debtor paid a total of $  20800.59 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DOVENMUEHLE MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED | 15230.61 | 1815.73 | 7728.82 |
| BECKET & LEE LLP | UNSECURED | 3781.86 | 46.23 | .00 |
| CAPITAL ONE BANK | UNSECURED | 8270.81 | 127.08 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1239.91 | 15.10 | .00 |
| MARSHALL FIELD | UNSECURED | 728.91 | .00 | .00 |
| NIEMAN MARCUS | UNSECURED | 738.17 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 957.18 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12472.42 | 190.98 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5227.05 | 80.02 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED | 8275.00 | 667.54 | 8275.00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | .00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | 6416.39 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 23505.61 | .00 | 39832.70 | .00 | 63338.31 |
| PRINCIPAL PAID | 16003.82 | .00 | .00 | .00 | 16003.82 |
| INTEREST PAID | 2483.27 | .00 | 459.41 | .00 | 2942.68 |
| TOTAL PAID | 18487.09 | .00 | 459.41 | .00 | 18946.50 |

The Debtor's attorney, THOMAS W BYRNES                  , was allowed $   1500.00
and was paid $    400.00   direct and $    1100.00   through the plan.

The Trustee received $     754.09 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```